Veronica M. Gray (CA SBN 72572)
vgray@nossaman.com
Amber M. Grayhorse (CA SBN 229059)
agrayhorse@nossaman.com
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Defendant
Federal Deposit Insurance Corporation,
As Receiver For MetroPacific Bank

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETT WAGNER, GREG BEIMA, and ANNE PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>METROPACIFIC BANK, and DOES 1 through X, inclusive,<br><br>Defendants. | Case No. SACV09-0884 JVS (JEMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Date Action Filed:     October 31, 2008<br>Date Action Removed: July 31, 2009<br>Trial Date:            October 26, 2010 |

ORDER GRANTING STIPULATION OF DISMISSAL

1  The Court, having considered the Stipulation of Dismissal entered into by
2  Plaintiffs Greg Beima and Anne Peterson, by and through their counsel of record
3  William M. Crosby of Barnes, Crosby, Fitzgerald & Zeman LLP, and Defendant Federal
4  Deposit Insurance Corporation, as Receiver for MetroPacific Bank, by and through its
5  counsel of record, Veronica M. Gray and Amber M. Grayhorse of Nossaman LLP,
6  issues the following order:

7  Good cause appearing therefor, IT IS HEREBY ORDERED that this action is
8  dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure
9  41(a)(1)(A)(ii).

12  IT IS SO ORDERED.

14  DATED: June 28, 2010

*[signature]*

HON. JAMES V. SELNA
Judge of the United States District Court

ORDER GRANTING STIPULATION OF DISMISSAL